# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **United States of America** | : | |
| | | Case No. 13:17cr046 |
| **v.** | : | |
| **Taylor Devaughn White** | : | Judge Walter H. Rice |
| Defendant. | | |

## MOTION OF DEFENDANT FOR A CONTINUANCE

Defendant Taylor Devaughn White, by and through counsel and for good cause, hereby moves the Court for an order continuing the hearing set in the above captioned case, which is currently set for April 5th, 2019 at 2:45 p.m.

This motion is based on the grounds set forth with particularity in the accompanying Memorandum In Support, incorporated herein by reference.

Respectfully submitted,

Respectfully Submitted,

/S/ CARLOS M. CRAWFORD
_____

Carlos M. Crawford (#0093287)
40 N. Sandusky Street, Suite 202
Delaware, Ohio 43015
Attorney for Defendant Taylor Devaughn White

## MEMORANDUM IN SUPPORT OF MOTION

For good cause, Defendant respectfully requests a continuance of the sentencing which is currently set for April 5th, 2019 at 2:45 p.m.  The Defendant respectfully requests time to further satisfy conditions of his pre-sentencing terms.  Counsel requests a phone conference, and at that time Counsel will further explicate as to the facts that give rise to the need for a continuance of the case.  That Government does not oppose a continuance of this case and agrees that it is in the best interests of justice.

Respectfully Submitted,

/S/ CARLOS M. CRAWFORD
_____

Carlos M. Crawford (#0093287)
40 N. Sandusky Street Suite 202
Delaware, Ohio 43015
Attorney for Defendant Taylor Devaughn White

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Motion was served by email delivery on April 2nd, 2019, upon the following counsel of record:

AUSA Sheila Lafferty
_

Respectfully Submitted,

/S/ CARLOS M. CRAWFORD
_____

Carlos M. Crawford (#0093287)

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **United States of America,** | : | |
| | | **Case No. 13:17cr046** |
| **v.** | : | |
| **Taylor Devaughn White** | : | **Judge Walter H. Rice** |
| Defendant. | | |

### ENTRY

By motion of the Defendant and for good cause shown, the court date in the above captioned case, which is now set for April 5th, 2019 at 2:45 p.m. and is hereby continued and rescheduled for a hearing on _____ at _____.

IT IS SO ORDERED.

_____
**Judge Walter H. Rice**