IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17cr46 |
| Plaintiff, | JUDGE WALTER H. RICE |
| v. | |
| TAYLOR D. WHITE, | |
| Defendant. | |

ENTRY REFERRING DEFENDANT TO DR. MASSIMO De MARCHIS, PSY.D., FOR AN EXAMINATION TO DETERMINE PRESENT MENTAL STATUS OF DEFENDANT, PURSUANT TO 18 U.S.C.§3552(c); PROCEDURES ORDERED OF COUNSEL; REQUEST OF DR. De MARCHIS AND OF COUNSEL

This Court, on its own motion and with the full concurrence of both government's counsel and counsel for defendant, refers the defendant to Dr. Massimo De Marchis, Psy.D., for a determination of defendant's present mental status, pursuant to 18 United States Code §3552(c), and for a report of said evaluation.

Defendant is currently on bond with this Court, awaiting sentencing. The Court requests Dr. De Marchis to contact defendant's counsel, Carlos Crawford, at 614-356-7565, to facilitate the scheduling of an appointment.

It is the request of this Court that counsel for the defendant and the government furnish Dr. De Marchis with any materials and/or statements they wish within seven days from date of this Entry. For its part, the Court will furnish the pre-sentence investigation report and several bond

violation Petitions (for which the doctor should only be concerned with the portion of a given Petition headed "Respectfully Presenting Petition for Action of Court...") to Dr. De Marchis. Finally, the Court will furnish the doctor with a Report from U.S. Pretrial Services Officer Rob Trigg summarizing defendant's performance on bond dated 10/25/2018.

Dr. De Marchis should delay any evaluation until expiration of the seven-day period.

Dated: February 28, 2020

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copy to:
Counsel of record