IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Case No.  3:17cr046

TAYLOR DEVAUGHN WHITE,        JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF BOND, SET AND MET ON SEPTEMBER 18, 2019; BOND REVOKED; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTITVE OBJECTIONS TO THIS COURT'S DISPOSITION; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD

---

On October 16, 2020, the Defendant appeared in open Court and admitted to allegations 1, 2, 3, 4 and 6 set forth in a Petition directing him to show cause why his bond, set and met on September 18, 2019, should not be revoked. The Defendant was found in violation of his bond at that time.

Pursuant to the record made in open Court on the aforesaid October 16, 2020, the Defendant's bond was revoked and he was remanded to the custody of the United States Marshals to be held until the time of sentencing.

Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

Following the above, the Defendant was orally explained his right of appeal, and he orally indicated an understanding of same.

November 23, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record